UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **AMBER HENDERSON,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **DSR HOLDINGS GROUP, LLC, ET AL.,** | CASE NO: 25-1071-STA-jay |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **Order of Dismissal** entered on June 20, 2025, this cause is hereby **DISMISSED** without prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 6/20/2025**

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk